IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
NORTH CAROLINA
3:13cv34

Alfred Wallace,

    Plaintiff,  :

          :  ORDER

    V.     :

Herb Jackson; Brown Creek
Correctional Institution,

    Defendant.

Plaintiff Wallace filed this 28 U.S.C. §2254, Petition for Writ of Habeas Corpus.

In reviewing Plaintiff's complaint, it appears the incident giving rise to this action occurred in the Middle District of North Carolina, where the defendant is located and where plaintiff is presently incarcerated.

Therefore, pursuant to the provisions of Section 2241(d) of Title 28 of the United States Code, IT IS HEREBY ORDERED that the entire record of this proceeding be and the same is hereby transferred to the United States District Court for the Middle District of North Carolina.

So Ordered THIS 23rd day of January, 2013.

Signed: January 23, 2013

Frank G. Johns, Clerk
United States District Court